## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Duluth Holdings Inc., d/b/a<br>Duluth Trading Company<br><br>Defendant. | Civil Case No.:24-cv-01175 (PJS/DTS)<br><br><br>**STIPULATION OF DISMISSAL** |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and on the merits, and without costs to either party.

Dated: May 24, 2024

**THRONDSET MICHENFELDER, LLC**

By: /s/*Patrick W. Michenfelder*
Patrick W. Michenfelder (#024207X)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
pat@throndsetlaw.com
jason@throndsetlaw.com

*Attorneys for Plaintiff*

Dated: May 24, 2024                    **GODFREY & KAHN, S.C.**


By: */s/Josh Johanningmeier*
Josh Johanningmeier (#0294937)
One East Main Street, Suite 500
Madison, WI 53703
Tel: (608) 257-2637
jjohanni@gklaw.com

*Attorneys for Defendant*